```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION
```

| | | |
|---|---|---|
| TEXANS AGAINST GOVERNMENT | § | |
| WASTE AND UNCONSTITUTIONAL | § | |
| GOVERNMENT CONDUCT, et al. | § | |
| | § | |
| VS. | § | ACTION NO. 4:08-CV-744-Y |
| | § | |
| UNITED STATES DEPARTMENT OF | § | |
| THE TREASURY | § | |

**ORDER REQUIRING COMPLIANCE WITH LOCAL RULE**

On December 16, 2008, the plaintiffs filed a complaint in the above-styled and -numbered cause. Local Civil Rule 3.1(f) requires that complaints be accompanied by a separately signed certificate of interested persons. The plaintiffs' complaint was not accompanied by the required certificate.

It is, therefore, **ORDERED** that Plaintiffs file a certificate of interested persons in compliance with Local Civil Rule 3.1(f) no later than **December 24, 2008**.

SIGNED December 17, 2008.

_/s/ Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE