# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

## ORDER STRIKING/UNFILING PLEADING

**The Clerk, having identified a defect in the form of the document indicated below, and the Court, having independently determined that the document should be stricken and unfiled, it is ORDERED that the document be stricken from the record of this case, and the Clerk is directed to note on the docket that the document has been unfiled.**

*Terry R. Means*
TERRY R. MEANS
December 30, 2008                         UNITED STATES DISTRICT JUDGE

---

## NOTICE OF DEFICIENCY

Judge: ____Means____                        Date: 12/29/08
Case Number: __4:08-cv-744-Y__              Plaintiff: Texans Against Govt Waste et al
Deputy Clerk: __N. Klingelhoefer__          Defendant: U.S. Department of the Treasury et al
                                            Telephone Number: 817/850-6601

* * * * * * * * * * * * *

A(n) Ex Parte Motion for TRO has been filed by Plaintiff and is considered deficient in the areas(s) noted below:

1. A civil/criminal cover sheet must be filed with the complaint/Indictment/Information  See LR 3.1(c) or LCrR49.1.
2. The document(s) must be in proper form.  See LR 10.1 or LCrR49.3.
3. The signature of the attorney of record or the party proceeding *pro se* is required on each document filed. See F.R.C.P. 11, LR10.1(b), or LCrR 49.3(b).  For cases designated as electronic, see also LR 11.1 or LCrR 49.5.
4. A completed certificate of service as defined in F.R.C.P. 5(d) or F.R.Cr.P 49.is required.
5. Each separate document contained therein must be identified. See LR 5.1(c) or LCrR49.3(a).
6. The motion must include:
   a. ____ certificate of conference or inability to confer.  See LR 7.1(b) or LCrR 47.1(b).
   b. ____ brief in support of motion.  See LR 7.1(d), LR 56.5(a) or LCrR 47.1(d) .
   c. ____ proposed order.  See LR 7.1(c) or LcrR 47.1(c).
   d. ____ proposed order for cases designated as electronic.  See Order Assigning Case to Electronic Case Filing entd. ____
   e. ____ documentary or non-documentary evidence in a separate appendix.  See LR 7.1(i) or LR 56.6.

NODfrm3/18/08

|   |     |   |
|---|-----|---|
| _____ | 7.  | A motion for leave to amend must be accompanied by a copy of the proposed amended pleading attached as an exhibit and an original and second copy of the proposed pleading that is neither attached to the motion nor made an exhibit to the motion. See LR 15.1. |
| _____ | 8.  | A motion for continuance of a trial setting must be signed by the party as well as by the attorney of record. See LR 40.1. |
| _____ | 9.  | An attorney seeking *pro hac vice* admission must apply for admission on an approved form and pay a $25.00 fee. See LR 83.9(b) or LCrR 57.9. |
| _____ | 10. | Additional copies are required. See LR 5.1(b) or LCrR49.2(b). |
| _____ | 11. | The attorney filing the pleading is not admitted to practice in this district. See LR 83.7 or LCrR57.7. |
| _____ | 12. | The document requires a separately signed certificate of interested persons. See LR 3.1(f), LR 7.4, or LR 81.1(a)(3)(D). |
| __X__ | 13. | Other: Case is designated for electronic filing (ECF) |

**The Local Civil and Criminal Rules were amended, effective September 1, 2008. If you have not already done so, please obtain a copy of those rules for your use. You may do so by going to: www.txnd.uscourts.gov and downloading them.**